174 So. 774

A. L. KROPP (Ala. Miss. Confection Co.) v. Festus M. SHAMBLIN, Sheriff, et al.

6 Div. 137.

Supreme Court of Alabama.

May 27, 1937.

Luther Hearne and W. D. Partlow, Jr., both of Tuscaloosa, for appellant.

Gordon Davis and S. H. Sprott, both of Tuscaloosa, for appellee.

[1] Ante, p. 126.

BROWN, Justice.

The bill in this case is in all respects the same as the bill in Kennedy v. Shamblin, Sheriff, et al. (Ala.Sup.) 174 So. 773,[1] this day decided and on the authority of the opinion in that case and the cases cited therein, the decree of the circuit court is ordered affirmed.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

